# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ALAN MELVIN,** on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**IMPERIAL, L.L.C.**,<br><br>　　　　Defendant. | **Case No. CIV-19-729-SLP** |

## NOTICE OF COMPLIANCE

**COMES NOW** prior Counsel for Plaintiff, D. Colby Addison & Leah M. Roper and hereby certifies that, per the Court's direction at Dkt. 18, para. 4, the Court's order was sent to Plaintiff on May 29, 2020. *See* Exhibit 1.

**RESPECTFULLY SUBMITTED THIS 1st DAY OF June 2020.**

　　　　　　　　　　　　　　　　*s/ D. Colby Addison*
　　　　　　　　　　　　　　　　D. Colby Addison, OBA #32718
　　　　　　　　　　　　　　　　Leah M. Roper, OBA #32107
　　　　　　　　　　　　　　　　THE CENTER FOR EMPLOYMENT LAW
　　　　　　　　　　　　　　　　1133 N. Portland Ave.
　　　　　　　　　　　　　　　　Oklahoma City, OK 73107
　　　　　　　　　　　　　　　　Telephone: (405) 252-1180
　　　　　　　　　　　　　　　　Leah@CenterForEmploymentLaw.Com
　　　　　　　　　　　　　　　　Colby@CenterForEmploymentLaw.Com
　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on June 1, 2020 a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

W. Kirk Turner, OBA No. 13791
Samanthia S. Marshall, OBA No. 22640
McAfee & Taft, P.C.
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
*ATTORNEYS FOR DEFENDANT*

                                        *s/D. Colby Addison*
                                        Attorney for Plaintiff