

**The Center for Employment Law**
1133 N. Portland Ave.
Oklahoma City, OK 73107
405.252.1180
CenterForEmploymentLaw.com

May 29, 2020

Alan Melvin
10833 Sunset BLVD
Spencer, OK 73084

      **Re: Melvin v. Imperial, LLC; CIV-19-729-SLP - Motion to Withdraw**

Alan:

Enclosed is the Court's Order conditionally granting the Motion to Withdraw as Attorneys of Record in your case filed by Leah Roper and myself. Please review the order.

Sincerely,

*D. Colby Addison*

D. Colby Addison
ATTORNEY AT LAW



D. Colby Addison
Partner

Leah M. Roper
Partner

 **Gmail**  D. Colby Addison <colby@centerforemploymentlaw.com>

## Withdrawal

**D. Colby Addison** <colby@centerforemploymentlaw.com>   Mon, Jun 1, 2020 at 2:26 PM
To: Alan Melvin <melvinalan8@gmail.com>

███████████████████████████████████████████████████████

Also, I'm attaching the Order from the Court regarding our motion to withdraw. It's attached as a PDF and it was also mailed to you.

The Order states:

> Before the Court is the Motion to Withdraw as Attorneys of Record [Doc. No. 17] of D. Colby Addison and Leah M. Roper, who have entered their appearance of record as attorneys for Plaintiff Alan Melvin. The Court finds the Motion should be conditionally granted as follows:
>
> 1. D. Colby Addison and Leah M. Roper are granted, effective immediately, leave to withdraw from their representation of Plaintiff Melvin.
>
> 2. Plaintiff Melvin shall have thirty days from the date of this Order to obtain new counsel, who shall enter his or her appearance in this case by June 29, 2020. If no counsel files an entry of appearance by the date specified, Plaintiff Melvin will be deemed to have elected to proceed pro se.
>
> 3. D. Colby Addison and Leah M. Roper shall continue to accept service of pleadings and other papers in connection with this lawsuit for a period of thirty days from the date of this Order. See LCvR 83.5. Case 5:19-cv-00729-SLP Document 18 Filed 05/28/20
>
> 4. The attorneys shall provide a copy of this Order to Plaintiff Melvin and file a Notice with the Court establishing compliance with this provision.1
>
> IT IS SO ORDERED this 28th day of May, 2020.
>
> 1-The Court declines to grant the request that discovery be stayed for the pendency of the thirty day period until Plaintiff Melvin either appears pro se or retains new counsel. No outstanding discovery has been identified and the discovery deadline will not expire until September 3, 2020. See Scheduling Order [Doc. No. 15]. Under these circumstances, no showing has been made to warrant a stay.

Sincerely,

**D. Colby Addison**
Attorney at Law
The Center for Employment Law
1133 N. Portland Ave.
Oklahoma City, OK 73107

Office: 405.252.1180
Direct: 405.252.0535
CenterForEmploymentLaw.com

*This message may contain privileged and/or confidential information. If the reader of this message is not the intended recipient or the email or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, or copying of this message, including any attachments, is strictly prohibited. If you have received this message in error, please notify us immediately by phone at, 405-252-1180, or return email, and delete this message and any attachments thereto.*

[Quoted text hidden]

 **18 - Order granting wdrawal.pdf**
37K