I Plaintiff Alan R Melvin responding to case number 19-CV-729-SLP.

FILED
SEP 2 9 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

I`ve recently received emails from the defendant attorney Susie M Holland. Stating I am failing to prosecute or comply with court orders! I strongly disagree to that statement! I`ve been trying to Reach Susie Holland a few weeks from now! Still yet to hear back from her to discuss my case. I`ve been searching for counseling in wasn't able to find attorney to represent me between the deadlines that was given by the court .I`m doing the best I can do at this moment to prosecute my case. I am a fulltime employee at Sleep number beds. In a father of 6! Due to the pandemic my schedule is very tight. It would be very appreciate if the court could bear with me through this pandemic. Due to the deadlines I have no other choice but to represent myself. I Plaintiff Alan R

Melvin agreed to proceed his case on the behalf of himself.

*[signature]*

9-29-2020